UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALVIN B. TRUESDALE, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 08-1862 (PLF) |
| UNITED STATES DEPARTMENT OF JUSTICE *et al.*, | | |
| Defendants. | | |

ORDER

For the reasons stated in the accompanying Opinion, it is hereby

ORDERED that plaintiff's motions to strike [Dkt. #21, 22, 34, 36], for a committee investigation [Dkt. #27], for fraud upon the court [Dkt. #28], to disqualify counsel [Dkt. #31], for sanctions [Dkt. #32], to continue [Dkt. #33], for entry of default [Dkt. #35], to compel [Dkt. #37], for a pre-trial conference by audio-video connection [Dkt. #43], and to amend the complaint [Dkt. #44] are DENIED; it is

FURTHER ORDERED that defendants' motion to dismiss [Dkt. #10] is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE.  All claims except for plaintiff's FOIA and Privacy Act claims are dismissed, and all parties except the United States Department of Justice are dismissed; and it is

FURTHER ORDERED that on or before October 30, 2009, the parties shall propose a schedule in writing as to how they wish to proceed in this case.

SO ORDERED.

DATE: September 29, 2009

/s/_____
PAUL L. FRIEDMAN
United States District Judge